**BUTLER BROTHERS, Appellant, v. DIS-TRICT OF COLUMBIA.**

**No. 7371.**

United States Court of Appeals for the District of Columbia.

Decided Jan. 15, 1940.

Bradley T. J. Mettee, Jr., of Baltimore, Md., for appellant.

Elwood H. Seal, Corp. Counsel, Vernon E. West, Principal Asst. Corp. Counsel, and Glenn Simmon, Asst. Corp. Counsel, all of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and STEPHENS, MILLER, EDGERTON, and VINSON, Associate Justices.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed on the authority of Neild and Sauerhoff v. District of Columbia,[1] and

of Colgate Palmolive Peet Company v. District of Columbia,[2] both decided this day.

Affirmed.

STEPHENS, Associate Justice, concurs in the result.

---

**Fred W. CARL, Also Known as Brent W. Carl, Appellant, v. Grace E. NORRIS.**

**No. 7470.**

United States Court of Appeals for the District of Columbia.

Decided Jan. 15, 1940.

**Writ of Certiorari Denied May 20, 1940.**

See 60 S.Ct. 1079, 84 L.Ed. ——.

Paul J. Sedgwick, of Washington, D. C., for appellant.

Michael J. Keane, Jr., of Washington, D. C., for appellee.

Before STEPHENS, VINSON, and RUTLEDGE, Associate Justices.

VINSON, Associate Justice.

The material facts and issue in the present case are the same as in Carl v. Ferrell, —— App.D.C. ——, 109 F.2d 351 (decided today). Its disposition controls this case.

Affirmed.